# YOON LLP
11 E. 44th Street - Suite 1001
New York, New York 10017
(646) 503-3701

Charles Yoon
Partner

Fax: (800) 381-0450
E-Mail: cyoon@yoonllp.com

March 7, 2019

**By ECF and Email**
SullivanNYSDChambers@nysd.uscourts.gov
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re:   *The Korean American Association of Greater New York v. Sung Ki Min,*
      **1:17-cv-06857 (RJS)**

Dear Judge Sullivan:

  We represent the Korean American Association of Greater New York ("KAAGNY"), the plaintiff in the above-referenced case. We write this letter at the request of the current KAAGNY President Ms. Minsun Kim, respectfully inquiring into whether the decision on the trial that was conducted before Your Honor on June 4, 2018 and June 5, 2018 could be expected by April 30, 2019. The reason for this inquiry is because Ms. Minsun Kim's term as President of KAAGNY concludes as of April 30, 2019 which is also the end of KAAGNY's fiscal year. We thank your Honor for your consideration of our request.

Respectfully submitted,

Charles Yoon

cc:   Nolan Klein, Esq.
      Steven Yudin, Esq.