**YOON LLP**
11 E. 44th Street - Suite 1001
New York, New York 10017
(646) 503-3701

Charles Yoon                                                                Fax: (800) 381-0450
Partner                                                                     E-Mail: cyoon@yoonllp.com

September 26, 2019

**By ECF and Email**
SullivanNYSDChambers@nysd.uscourts.gov
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

    Re:   *The Korean American Association of Greater New York v. Sung Ki Min,*
            *1:17-cv-06857 (RJS)*

Dear Judge Sullivan:

      We represent the plaintiff the Korean American Association of Greater New York ("KAAGNY") for the above-referenced case. We write this letter to follow up on our letter dated March 7, 2019 to respectfully inquire whether the decision on the trial that was conducted before Your Honor on June 4, 2018 and June 5, 2018 could be rendered soon. We thank your Honor for your consideration of our request.

Respectfully submitted,

Charles Yoon

cc:    Steven Yudin
       Nolan Klein