**MANDATE**

N.Y.S.D. Case #
17-cv-6857(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty.

| | |
|---|---|
| Korean American Association of Greater New York, Inc., | **ORDER** |
| Plaintiff - Appellee, | Docket No. 20-793 |
| v. | |
| Sung Ki Min, | |
| Defendant - Appellant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 31 2020

    Appellant filed a notice of appeal in the above-referenced matter. On April 17, 2020, the Court relieved Appellant's counsel and directed Appellant, pro se, to file a scheduling notification letter within 14 days. Appellant failed to submit a scheduling notification letter. Upon consideration thereof,

    IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before July 28, 2020. The appeal will be dismissed effective July 28, 2020 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/31/2020